**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 18, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00564-CV

### VINCENT ZAHORIK, Appellant

### V.

### METROPLITAN LIFE INSURANCE COMPANY, MOHSIN NOON, AMY CATCHING, AND SUZANNE WYZINSKI-SMITH, Appellee

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2011-61851**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 24, 2014. The clerk's record was filed September 11, 2014. No reporter's record was taken. No brief was filed.

On October 21, 2014, appellee filed a motion to dismiss for want of prosecution. *See* Tex. App. P. 42.3(b). Appellant filed no response. Accordingly, appellee's motion is granted and the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Brown and Wise.